UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFERY RICHARDSON and COLBY RICHARDSON, <br><br> Plaintiffs *pro se*, <br><br> v. <br><br> NICHOLAS ORIOLO et al., <br><br> Defendants. | No. 16-cv-135 (KM) (JBC) <br><br> ORDER |

**THIS MATTER** having come before the court on the motion for default judgment (ECF No. 5) of plaintiffs Jeffery Richardson and Colby Richardson;; and it further appearing that the certificate of service (ECF No. 4) does not attach an executed summons demonstrating proper service; and it further appearing that plaintiffs have not requested or obtained entry of default by the Clerk of the court, *see* Fed. R. Civ. P. 55;

**IT IS** this 29th day of March, 2016,

**ORDERED** that plaintiffs' motion for default judgment against the defendants is **DENIED**, without prejudice to refiling the motion after all prerequisites are satisfied.

_____
**Kevin McNulty**
**United States District Judge**

1